UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOEYBEAR LEE,

Plaintiff,

v.

DANIEL WERNER, Attorney; JULIANNA MCCORKLE, Attorney; CITY OF MALDEN; MALDEN POLICE DEPARTMENT; OFFICER GEORGE MACKAY #252; KEVIN J. RUSSELL #338; SERGEANT T. HEADLY #239; and OFFICER CHALMERS #354,

Defendants.

Civil Action No. 1:26-cv-10477-IT

ORDER

October 16, 2026

TALWANI, D.J.

Plaintiff's Complaint [Doc. No. 1] against multiple Defendants was transferred to this session from the Southern District of New York in January 2026. See Transfer Order [Doc. No. 12]. Summons were issued on February 2, 2026. That day, the court advised Plaintiff that service must be completed within ninety days. See Elec. Order [Doc. No. 19]; see also Notice to Pl. [Doc. No. 20] (providing Plaintiff with instructions for service by the United States Marshals Service and a copy of Local Rule 4.1). The docket reflects no efforts by Plaintiff to serve Defendants.

In July 2026, Plaintiff filed a Motion to Reopen Case and Relief from Dismissal [Doc. No. 27]. The court denied the Motion [Doc. No. 27] as premature but extended Plaintiff's deadline to serve Defendants to September 30, 2026, pursuant to Federal Rule of Civil Procedure

4(m). Elec. Order [Doc. No. 29]. The court also cautioned Plaintiff that "[f]ailure to complete service by that date will likely result in dismissal of all unserved Defendants." Id.

To date, the docket again reflects no efforts by Plaintiff to serve Defendants. Accordingly, Plaintiff's Complaint [Doc. No. 1] is DISMISSED without prejudice. The clerk is directed to CLOSE this matter.

IT IS SO ORDERED.

October 16, 2026

/s/ Indira Talwani
United States District Judge